# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX  HELIPARTS,  INC.,<br><br>Debtor.<br><br>Now  Substantively  Consolidated  with PHOENIX HELI-SUPPORT, L.L.C. | In Proceedings under Chapter 11<br><br>**Case No. 2:15-bk-12003-DPC**<br><br>**Adv. No. 2:16-ap-00331-DPC** |
| ROBERT REISH,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX HELIPARTS, INC<br>LIQUIDATION TRUST,<br><br>Defendant. | **AMENDED ORDER PARTIALLY GRANTING PHOENIX HELIPARTS, INC. LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT** |
| PHOENIX HELIPARTS INC<br>LIQUIDATION TRUST<br><br>Counterclaimant,<br><br>v.<br><br>ROBERT C. REISH and KATHLEEN REISH, husband and wife,<br><br>Counterdefendants, | |
| PHOENIX HELIPARTS INC<br>LIQUIDATION TRUST<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Ryuko, Inc., a Wyoming corporation,<br><br>Third-Party Defendant. | |

This matter has come before this Court purusuant to Phoenix Heliparts, Inc. Liquidation Trust's Motion for Summary Judgment (the "Motion for Summary Judgment") (Dkt. 22) and the Plaintiffs and Counter-Defendants' Opposition to Liquidating Trust's Motion for Summary Judgment, Cross Motion for Summary Judgment, With Supporting Points and Authorities (the "Cross Motion for Summary Judgment") (Dkt. 30). The Court has reviewed the Motion for Summary Judgment, the Cross Motion for Summary Judgment, and the responses thereto. After considering the arguments of the parties and counsel, and good cause appearing for the reasons fully set forth in the Court's Under Advisement Ruling Denying the Reish Parties' Cross Motion for Summary Judgment, and Partially Granting the Liquidating Trust's Motion for Summary Judgment (the "Under Advisement Ruling") entered May 4, 2017, at Docket Number 42, the Court enters the following judgment. The Under Advisement Ruling constitutes this Court's findings of fact and conclusions of law, and

**IT IS HEREBY ORDERED and ADJUDGED as follows:**

1) The aircraft commonly referred to as "229D" (FAA #1170229D) is hereby determined to be property of the Phoenix Heliparts Liquidation Trust;

2) Final judgment is entered against Mr. and Mrs. Robert Reish and the Reish marital community ("Reish Parties") in favor of the Phoenix Heliparts Liquidation Trust in the liquidated amount of $2,150,000 for the unauthorized post-peition transfer of the aircraft commonly referred to as 41FF (FAA #0041FF) pursuant to 11 U.S.C. §550;

3) The Reish Parties' Cross Motion for Summary Judgment is denied;

4) Count One of the Complaint herein (seeking to confirm the Reish Parties' ownership of 41FF), and Count Two (seeking to confirm the Reish Parties' ownership of the proceeds of the 41FF's sale to AMOD) of the Reish Complaint are dismissed with prejudice;

2

5) The Phoenix Heliparts Liquidation Trust's Motion for Summary Judgment as to Defendant Ryuko and the Section 548 claim raised in the Third Party Complaint are denied;

6) This order fully resolves all claims in this adversary proceeding between and among the the Phoenix Heliparts Liquidation Trust, Mr. and Mrs. Reish, and the Reish marital community, but does not resolve the Trustee's outstanding objections to the Reish Parties' claims filed in the Chapter 11 proceedings.

7) Pursuant to F.R.C.P. Rule 54(b) and as incorporated by F.R. B. P. 7054(a), this Court expressly determines that there is no just reason for delay in the entry of a final judgment as to these claims and parties. This is a final appealable judgment. *See, In re Bender*, 586 F.3d 1159, 1163 (9th Cir. 2009), quoting *Firestone Tire & Rubber Co. v. Risjord,* 449 U.S. 368, 373 (1981).

**DATED AND SIGNED AS SHOWN ABOVE.**