SO ORDERED.

Dated: July 10, 2017

Daniel P. Collins, Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>Debtor.<br><br>Now Substantively Consolidated with PHOENIX HELI-SUPPORT, L.L.C.<br><br>ROBERT REISH,<br><br>Plaintiff,<br>v.<br><br>PHOENIX HELIPARTS, INC LIQUIDATION TRUST,<br><br>Defendant.<br><br>PHOENIX HELIPARTS INC LIQUIDATION TRUST<br><br>Counterclaimant,<br>v.<br><br>ROBERT C. REISH and KATHLEEN REISH, husband and wife,<br><br>Counterdefendants,<br><br>PHOENIX HELIPARTS INC LIQUIDATION TRUST<br><br>Third-Party Plaintiff, | In Proceedings under Chapter 11<br><br>**Case No. 2:15-bk-12003-DPC**<br><br>**Adv. No. 2:16-ap-00331-DPC**<br><br>**ORDER ALLOWING REGISTRATION AND DOMESTICATION OF AMENDED ORDER PARTIALLY GRANTING PHOENIX HELIPARTS, INC. LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT PENDING APPEAL** |

v.

Ryuko, Inc., a Wyoming corporation,

        Third-Party Defendant,

**IT IS HEREBY ORDERED,** pursuant to 28 U.S.C. § 1963, and for good cause shown in open court on July 6, 2017, the Trustee of Phoenix Heliparts, Inc. Liquidation Trust is permited to immediately register and or domesticate a certified copy of the *Amended Order Partially Granting Phoenix Heliparts, Inc. Liquidating Trust's Motion for Summary Judgment* (the "Judgment") entered by this Court on May 15, 2017, at docket no. 47, in any other district or state court. The Clerk of the Court is instructed to produce a certified copy of the Judgment.

**DATED AND SIGNED AS SHOWN ABOVE.**