# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**TO:** Clerk, United States Bankruptcy Court for the District of Arizona
**RE:** PHOENIX HELIPARTS INC.
**CA No(s).:** 18-60030 and 18-60031
**BAP No.:** AZ-17-1162-BLKu
**Bkcy Court No.:** 15-12003-DPC
**Adv No.:** 16-00331-DPC

The judgment of this Panel entered on 05/07/2018 was appealed to the United States Court of Appeals for the Ninth Circuit.

Attached is a copy of the mandate of the Court of Appeals received on 07/26/2018.

The Court of Appeals DISMISSED the appeals of the BAP decision.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: July 26, 2018

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PHOENIX HELIPARTS, INC., | No. 18-60030 |
| Debtor. | BAP No. 17-1162 |
| ------------------------------ | ORDER |
| PHOENIX HELIPARTS, INC. LIQUIDATION TRUST, | |
| Appellant, | |
| v. | |
| ROBERT REISH; et al., | |
| Appellees. | |

| | |
|---|---|
| In re: PHOENIX HELIPARTS, INC., | No. 18-60031 |
| Debtor. | BAP No. 17-1162 |
| ------------------------------ | |
| ROBERT REISH; et al., | |
| Appellants, | |
| v. | |
| PHOENIX HELIPARTS, INC. LIQUIDATION TRUST, | |
| Appellee. | |

SLL/MOATT

The joint motion for voluntary dismissal of this appeal and cross appeal (Docket Entry No. 6 in No. 18-60030, No. 5 in 18-60031) is granted. *See* Fed. R. App. P. 42(b). Pursuant to the parties' stipulation, the parties shall bear their own costs. These appeals are dismissed.

This order served on the Bankruptcy Appellate Panel shall act as and for the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Susan Landsittel
        Deputy Clerk
        Ninth Circuit Rule 27-7

SLL/MOATT    2    18-60030
Case 2:16-ap-00331-DPC    Doc 181    Filed 02/20/19    Entered 02/20/19 13:53:36    Desc
Main Document    Page 3 of 3