UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

Phoenix Heliparts Inc.,

    DEBTOR

Robert Reish, Plaintiff

vs.

Phoenix Heliparts Inc. Liquidation Trust and Louie Mukai, Trustee,

Defendants

and related counter claim and third party complaint

Case No. 2:15-bk-12003-DPC
Chapter 11 Proceedings

Adv. 2:16-ap-00331-DPC

**ORDER REQUIRING DEPOSIT OF REAL ESTATE SALE PROCEEDS IN THE COURT'S REGISTRY AND SUBSTITUTING LATER JUDGMENT IN FORBEARANCE AGREEMENT**

The court has considered the stipulation for entry of order of Robert and Kathleen Reish, and Ryuko, Inc. by and through their counsel and Louie Mukai, Trustee of the Phoenix Heliparts Inc. Liquidation Trust, by and through his counsel, for an order requiring the deposit of real estate sales proceeds into the court's registry on an interest bearing basis, to be held by the registry until further order of the court, and for an order substituting the latest judgment in this adversary, now on appeal, entered January 31, 2019

1

and in the record as docket number 175 be substituted for all purposes for the judgment, now reversed and vacated, described in the formed forbearance agreement which the court previously approved, stipulating that no further collection will be made absent an order from this court as to this substituted judgment.

Good cause appearing, **IT IS ORDERED** that Fidelity National Title, the escrow agent for the pending Maui real estate sale, escrow number 041900359, shall prepare a check for **$2,173,952.18** payable to the Clerk, U. S. Bankruptcy Court, which Fidelity shall cause to be delivered to the court at 230 North First Avenue, Suite 101, Phoenix, AZ 85003 together with a copy of this order; and

**IT IS FURTHER ORDERED** that such funds shall be deposited in the registry of the court to be held on an interest bearing basis, until further order of the court; and

**IT IS FURTHER ORDERED** that upon the stipulation of the parties the latest judgment in this case at docket 175 be and the same is hereby substituted for the prior judgment referenced in the parties' forbearance agreement, docket 87-1 in this proceeding, for all purposes, and

**IT IS FURTHER ORDERED** that no judgment enforcement procedures will be employed by the trustee on this substituted judgment, absent further order of this court.

Dated and signed above.

# # # END OF ORDER # # #