SO ORDERED.

Dated: May 29, 2019

Daniel P. Collins, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

Phoenix Heliparts Inc.,

    DEBTOR

Robert Reish, Plaintiff

vs.

Phoenix Heliparts Inc. Liquidation Trust and Louie Mukai, Trustee,

Defendants

and related counter claim and third party complaint

Case No. 2:15-bk-12003-DPC
Chapter 11 Proceedings

Adv. 2:16-ap-00331-DPC

**ORDER DIRECTING RELEASE OF BLOCKED FUNDS TO ROBERT AND KATHLEEN REISH**

    The court has considered the stipulation for entry of order of Robert and Kathleen Reish, and Ryuko, Inc. by and through their counsel and Louie Mukai, Trustee of the Phoenix Heliparts Inc. Liquidation Trust, by and through his counsel, for an order requiring the release of funds currently held by First American Title in Kailua, HI, pertaining to the prior sale of real property at 963 Aalapapa Drive,, and held in a blocked account by First American under file number 12161-5766411.

1

Good cause appearing, **IT IS ORDERED** that First American Title or the custodian of blocked funds in escrow number 12161-5766411 which resulted from the sale of 963 Aalapapa Drive, shall release the blocked funds in their entirety to Robert and Kathleen Reish upon receipt of a copy of this order, and

**IT IS FURTHER ORDERED** that counsel for Robert and Kathleen Reish shall cause a copy of this order to be delivered to FIDELITY NATIONAL TITLE, the escrow agent for the pending sale of the Reish's Maui property, and

**IT IS FURTHER ORDERED** that Fidelity National Title shall release a copy of this order to Robert and Kathleen Reish at such time as Fidelity Title is prepared to transmit, by check payable to the registry of this court, a portion of the Maui sales proceeds described in a separate order of even date hereof, and Fidelity National Title shall verify that fact on request of First American Title or the custodian of the Oahu blocked funds. **This order shall have no effect unless and until Fidelity National Title is prepared to issue its check to the court's registry per the separate order for same of even date hereof.**

Dated and signed above.

# # # END OF ORDER # # #