|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | |
| Phoenix Heliparts Incorporated, | No. CV-19-05387-PHX-DLR |
| Debtor. | BK NO. 2:15-bk-12003-DPC |
| | ADV. NO. 2:16-ap-00331-DPC |
| Robert Reish, | BAP No. N/A |
| Plaintiff, | |
| v. | |
| Phoenix Heliparts IncorporatedLiquidation Trust, | **NOTICE OF DOCKETING BANKRUPTCY MATTER** |
| Louie Mukai | |
| Defendant(s). | |

**PLEASE TAKE NOTICE** that this action was filed in the United States District Court in the above-entitled case on October 11, 2019. All future documents in the matter **MUST** bear the "CV" case identification number with the Bankruptcy number listed below; be captioned as indicated above; and be filed in the District Court Clerk's Office, 401 W. Washington St., Suite 130, Phoenix, Arizona 85003.

**COUNSEL ARE NOTIFIED** that if pleadings or papers are not properly titled, numbered, and filed, they could be subject to rejection.

…

…

1    **COUNSEL ARE REMINDED** that these proceedings are governed by the Local
2    Rules of the District Court for the District of Arizona.
3        Dated this 16th day of October, 2019.

4

5
                                        Brian D. Karth
6                                       District Court Executive/Clerk of Court

7

8
                                        s/ Rebecca Kobza
9    cc: all counsel              By    Deputy Clerk
        USBC Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -