# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Phoenix Heliparts Incorporated,<br><br>                Debtor.<br><br>Kathleen Reish, et al.,<br><br>                Appellant,<br>v.<br>Louie Mukai,<br>                Appellee. | No. CV-19-00400-PHX-DLR<br><br>BK NO. 2:15-bk-12003-DPC<br><br>ADV NO. Adv. No. 2:16-ap-00331-DPC<br><br>BAP NO. BAP No. AZ-19-1009<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 25, 2019, the December 28, 2019 order is affirmed in part and remanded in part, and this case is hereby terminated.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

November 25, 2019

                                        s/ Erica Aragon
                          By    Deputy Clerk